NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1154

CARLOS ARMANDO AMADO,

Plaintiff-Appellant,

v.

MICROSOFT CORPORATION,

Defendant-Appellee.

Appeal from the United States District Court for the Central District of California in case no. 03-CV-242, Judge David O. Carter.

ON MOTION

O R D E R

Upon consideration of the motion to voluntarily dismiss this appeal due to settlement,

IT IS ORDERED THAT:

(1)    The motion is granted.

(2)    Each side shall bear its own costs.

FOR THE COURT

FEB 2 6 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 6 2009

JAN HORBALY
CLERK

cc:    Vincent J. Belusko, Esq.
       Joseph A. Micallef, Esq.

s20

ISSUED AS A MANDATE:    FEB 2 6 2009 _____